*E-FILED - 11/10/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. ROBINSON, | No. C 09-4261 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| WARDEN FRANCISCO JACQUEZ, K. CRUSE, and R.K. BELL, | |
| Defendants. | |

The court has dismissed this case. A judgment of dismissal is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

IT IS SO ORDERED.

DATED: 11/6/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Robinson261jud.wpd